

# NUMBER 13-14-00023-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE H.E.B. GROCERY COMPANY, L.P.

### On Petition for Writ of Mandamus
### and Motion for Emergency Relief.

# ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Per Curiam Order

On January 13, 2014, H.E.B. Grocery Company, L.P., filed a petition for writ of mandamus and a motion to stay the trial court proceedings pending resolution of the petition. Through this original proceeding, relator contends that the trial court abused its discretion in ordering the production of incident reports in the underlying personal injury lawsuit.

By the motion to stay, relator seeks to stay all trial court proceedings, including discovery, depositions, and hearings, pending resolution of this cause. The Court,

having examined and fully considered the motion to stay, is of the opinion that the motion should be granted in part and denied in part. The motion to stay is GRANTED insofar as the trial court's orders of January 9, 2014, that is, the "Order Granting Plaintiff's Second Motion to Compel" and the "Order Granting Defendant's Motion to Reconsider [Order] on Plaintiff's Motion to Compel and for an In-Camera Inspection," pertaining to the production of discovery, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The motion to stay is DENIED insofar as it seeks to stay all other trial court proceedings.

The Court requests that the real party in interest, Daniel Rodriguez, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of January, 2014.

2